#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| **v.** § | **Case Number: EP:22-M-02454(1)** |
| § | |
| **(1) MARIA DE JESUS GONZALEZ** § | |

### ORDER

On this day, the Court considered the Entry of Appearance filed by Attorney Frank Hart on October 14, 2022, in the above-captioned case. (ECF No. 7). Pursuant to Rule AT-1(a)(1) of the Local Court Rules for the Western District of Texas, an attorney must be licensed to practice in the State of Texas in order to practice in the Western District of Texas.[1]

The State Bar of Texas lists Mr. Hart as a non-practicing attorney and indicates that he is not eligible to practice in Texas.[2] According to Local Rule AT-1(a)(1), in pertinent part, an attorney must be "[a]n applicant who is not licensed to practice by the highest court of any state may apply for admission, however, if admitted, such an attorney must obtain a license from the highest court of any state within one year after being admitted to the bar of this Court." To date, the Court is unaware of Mr. Hart being licensed to practice *in any state*.

Therefore, it is **HEREBY ORDERED** that Attorney Frank Hart comply with the requirements of Local Rule AT-1 and inform the Court whether he is currently licensed to practice law in any state before or during the next hearing in the above-captioned case. Mr. Hart is

---

[1] "An attorney may be admitted to the bar of the U.S. District for the Western District of Texas if the attorney is licensed to practice by the highest court of a state …" Local Court Rule AT-1(a)(1).

[2] The State Bar of Texas indicates that Mr. Hart claimed the Minimum Continuing Legal Education (MCLE) Non-practicing Exemption. "While claiming this exemption, an attorney is not eligible to practice law in Texas. Active attorneys who remove the non-practicing exemption are immediately eligible to practice in Texas." STATE BAR OF TEXAS, https://www.texasbar.com/AM/customsource/displayfullstatusinfo.cfm?bc=16561290 (last visited Oct. 18, 2022).

**ADMONISHED** that failure to comply with this Court's order will result in his termination from this case.

      **SIGNED** and **ENTERED** this 18th day of October, 2022.

                                      **ANNE T. BERTON**
                                      **UNITED STATES MAGISTRATE JUDGE**